```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 01480
   BENEDICT J DUPRE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9438

------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------
     The case was filed on 01/23/2008 and was not confirmed.

     The case was dismissed without confirmation 08/20/2008.
------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------

NISSAN MOTOR ACCEPTANCE    SECURED VEHIC     5001.20           .00           757.79
LITTON LOAN SERVICING      CURRENT MORTG         .00           .00              .00
LITTON LOAN SERVICING      MORTGAGE ARRE    36531.14           .00              .00
LITTON LOAN SERVICING      NOTICE ONLY    NOT FILED            .00              .00
MIDLAND CREDIT MANAGEMEN   UNSEC W/INTER      399.02           .00              .00
COOK COUNTY TREASURER      SECURED           7389.54           .00              .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER     3830.78           .00              .00
NISSAN MOTOR ACCEPTANCE    UNSEC W/INTER  NOT FILED            .00              .00
LITTON MORTGAGE LOAN SER   NOTICE ONLY    NOT FILED            .00              .00
ILLINOIS TITLE LOANS       UNSEC W/INTER  NOT FILED            .00              .00
NISSAN MOTOR ACCEPTANCE    SECURED VEHIC         .00           .00           321.00
RIVER NORTH GROUP          DEBTOR ATTY      1,500.00                       1,174.22
TOM VAUGHN                 TRUSTEE                                           195.93
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------
TRUSTEE                2,448.94

PRIORITY                                          .00
SECURED                                      1,078.79
UNSECURED                                         .00
ADMINISTRATIVE                               1,174.22
TRUSTEE COMPENSATION                           195.93
DEBTOR REFUND                                     .00
                       ---------------     ---------------
TOTALS                 2,448.94              2,448.94




             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 01480 BENEDICT J DUPRE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 11/19/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```